The order below is hereby signed.

Signed: January 7 2022



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: <br><br> **William Lloyd Firth,** <br> Debtor. | Case No. 21-00213-ELG <br><br> Chapter 7 |
| **Garrett Medeiros,** <br> Plaintiff, <br><br> v. <br><br> **William Lloyd Firth,** <br> Defendant. | Adv. Pro. 21-10022 |

## SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding.

1. **Discovery.** Unless modified by order of this Court, the following discovery deadlines apply:

    a. The deadline for the parties to complete discovery is July 3, 2022. All written discovery requests, including interrogatories, requests for production, and depositions, upon written questions shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion deadline.

1

    b. The deadline for the parties to make disclosures required by Federal Rule of Civil Procedure 26(a)(1) is January 24, 2022.

    c. The deadline for the parties to make disclosures required by Federal Rule of Civil Procedure 26(a)(2) and to exchange expert reports, if any is April 4, 2022. The deadline for disclosures of counter-expert witnesses, if any, is May 19, 2022.

2. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter.

3. **Final Pretrial Conference.** A final pretrial conference will be held on October 26, 2022 at 10:00 a.m. via Zoom, at which a trial date will be scheduled, and deadlines set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

4. **Summary Judgment or Other Dispositive Motions.** All motions for summary judgment or other dispositive motions shall be filed on or before August 2, 2022, responses shall be filed on or before August 23, 2022, and replies, if any, shall be filed or before August 30, 2022.

5. **Availability of Mediation.** Pursuant to Local Civil Rule 84.4 of the Local Rules of the United States District Court for the District of Columbia, this case may be assigned to the Mediation Program by joint request of the parties at any time sufficiently in advance of a scheduled trial as to not delay the trial or by the Court at either the initial or final pretrial conference. To request mediation, the parties must submit a consent order signed by all counsel (or by the parties themselves, if not represented by counsel) requesting referral to the Mediation Program. Pursuant to Local Civil Rule 84.5, after entry of an order referring a case to mediation, the mediation staff will appoint from the Court's panel a mediator who is available during the appropriate period and who has confirmed, following such inquiry as may be appropriate, that no personal or professional conflict precludes his/her participation as mediator. The Circuit Executive's Office will notify the

parties of the appointment. The Local Civil Rules governing the Mediation Program shall apply to all matters assigned to the Mediation Program and the parties are encouraged to familiarize themselves with the same.

6. If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement.

7. The Clerk shall forward a copy of this order to all counsel of record and/or to any unrepresented party.

[Signed and dated above.]

Copies to: All counsel of record.