UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| WILLIAM LLOYD FIRTH | * | Case No. 21-00213-ELG |
| | | (Chapter 7) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| GARRETT MEDEIROS, | * | |
| Plaintiff | * | |
| v. | * | Adversary No. 21-10022-ELG |
| WILLIAM LLOYD FIRTH, | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF DISCOVERY

I HEREBY CERTIFY, that on the 16th day of February, 2022, copies of the following documents were sent via electronic mail to: Harris S. Ammerman, Esq., Law Offices of Harris S. Ammerman, 1115 Massachusetts Avenue, N.W., Washington, D.C. 20005 (hsaaba@aol.com):

1. Plaintiff's First Set of Interrogatories
2. Notice of Deposition of William Lloyd Firth
3. Plaintiff's Request for Production of Documents to Defendant

Wolff & Orenstein, LLC
Jeffrey M. Orenstein, Esq.
15245 Shady Grove Road
Suite 465
Rockville, Maryland 20850
(301) 250-7232
jorenstein@wolawgroup.com
Attorneys for Plaintiff

The undersigned further certifies that the originals of the aforementioned documents will be retained without alteration until the adversary proceeding is concluded in this Court and the time for noting an appeal has expired or any appeal noted has been decided.

                                              Respectfully submitted,

                                        \s\ Jeffrey M. Orenstein
                                        JEFFREY M. ORENSTEIN (#428335)
                                        Wolff & Orenstein, LLC
                                        Shady Grove Plaza
                                        15245 Shady Grove Road
                                        Suite 465
                                        Rockville, Maryland  20850
                                        (301) 250-7232
                                        jorenstein@wolawgroup.com

                                        Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that on the 16th day of February, 2022, I caused a true and accurate copy of the foregoing to be served on the following persons and all other registered users via the Court's CM/ECF System:

Harris S. Ammerman, Esq.
Law Offices of Harris S. Ammerman
1115 Massachusetts Avenue, N.W.
Washington, D.C.  20005
hsaaba@aol.com

                                        \s\ Jeffrey M. Orenstein
                                        Jeffrey M. Orenstein